**LEX TECNICA**
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413

*Attorneys for Defendants Owen LLC and Wen Hui Cao*

LEX TECNICA
10161 Park Run Drive, Ste 150
Las Vegas, Nevada 89145
(725) 239-8413

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FLOWERHORN, INC. d/b/a HOT N JUICY CRAWFISH,

Plaintiff,

v.

OWEN LLC and WEN HUI CAO,

Defendants.

Case No. 2:26-cv-02764-BNW

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT**

(First Request)

Plaintiff Flowerhorn, Inc. d/b/a Hot N Juicy Crawfish ("Plaintiff"), by and through its counsel of record, Spencer Fane LLP, and Defendants Owen LLC and Wen Hui Cao (collectively, "Defendants"), by and through their counsel of record, Lex Tecnica, hereby stipulate and agree as follows:

1. On August 31, 2026, Plaintiff filed its Verified Complaint for Injunctive and Other Relief (the "Complaint"). (ECF 1.)

2. On September 3, 2026, Defendants Owen LLC and Wen Hui Cao were served with the Summons and Complaint through their registered agent, Agent Service of Nevada Inc. The Proofs of Service were filed on September 4, 2026 [ECF No. 9]. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants' deadline to answer or otherwise respond to the Complaint was September 24, 2026.

3. Defendants thereafter retained the undersigned counsel who contacted Plaintiff's counsel on September 23, 2026, after confirming representation to request a brief extension to the

deadline to respond to the complaint to afford Defendants time to consult with the undersigned counsel in preparation thereof.

4. Counsel for Plaintiff responded the following day, September 24, 2026, affirming a stipulation to extend the deadline to October 5, 2026, and this stipulation was thereafter prepared. The parties respectfully submit that the additional day to prepare and file this stipulation is excusable within the meaning of Fed. R. Civ. P. 6(b)(1)(B) and LR IA 6-1(a). The length of the delay is minimal, will have no impact on these proceedings, Plaintiff will suffer no prejudice, Defendants have acted in good faith, and there is no intent to delay. *See Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993).

5. Accordingly, the parties stipulate and agree that Defendants' deadline to answer or otherwise respond to the Complaint is extended to and including October 5, 2026.

DATED this 25th day of September 2026.

**SPENCER FANE LLP**

*/s/ Jessica Lujan*
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
JESSICA LUJAN, ESQ.
Nevada Bar No. 14913
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

**LEX TECNICA**

*/s/ F. Christopher Austin*
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413

*Attorneys for Defendants Owen LLC and Wen Hui Cao*

**ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing,

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2026

LEX TECNICA
10161 Park Run Drive, Ste 150
Las Vegas, Nevada 89145
(725) 239-8413